UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS,<br><br>                Petitioner,<br><br>   v.<br><br>THE SUPERIOR COURT OF MADERA COUNTY,<br><br>                Respondents. | 1:10-CV-00200 GSA HC<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER |

      Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

      On February 9, 2010, a court order was issued in this case wherein Petitioner was directed to file a completed consent/decline form within thirty (30) days of the date of service of the order. On February 25, 2010, the order was returned by the U.S. Postal Service as undeliverable. Petitioner was re-served with the order on March 29, 2010. Thirty (30) days have again passed and Petitioner has not complied.

      Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1  Accordingly, Petitioner is HEREBY ORDERED to SHOW CAUSE, within thirty (30) days
2 of service of this order, why the petition should not be dismissed for failure to comply with a court
3 order.

5  IT IS SO ORDERED.
6  **Dated:  May 4, 2010**          /s/ **Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE