UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS,<br><br>   Petitioner,<br><br>   v.<br><br>THE SUPERIOR COURT OF MADERA COUNTY,<br><br>   Respondent. | 1:10-CV-00200 AWI GSA HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON MAY 4, 2010<br>[Doc. #7] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 4, 2010, the Court issued an Order directing Petitioner to show cause why the petition should not be dismissed for failure to comply with a court order. Specifically, Petitioner had failed to file a completed consent/decline form as twice ordered by the Court. Petitioner complied on May 5, 2010, by filing a decline to Magistrate Judge jurisdiction.

Accordingly, the May 4, 2010, Order to Show Cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  May 10, 2010         /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE