UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS, | 1:10-CV-00200 AWI GSA HC |
| Petitioner, | ORDER STRIKING PETITIONER'S FILING OF MAY 23, 2011 |
| v. | [Doc. #28] |
| THE SUPERIOR COURT OF MADERA COUNTY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is currently on appeal to the Ninth Circuit Court of Appeals.

On May 23, 2011, Petitioner filed a motion and response to the Court's May 10, 2011, ruling. As Petitioner has previously been advised, the matter is pending in the Ninth Circuit. He must seek relief in that forum as this Court is without jurisdiction to rule on any matters involved in his appeal. Pursuant to the Court's May 10 ruling, Petitioner's motion and response is hereby STRICKEN.

IT IS SO ORDERED.

Dated:  June 3, 2011                   /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE